**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONALD JOSLYN,**

        Plaintiff,

-vs-                                       Case No. 6:04-cv-1022-Orl-28JGG

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

        Defendant.

---

## ORDER

This case is before the Court on the Complaint appealing the final decision of the Commissioner of Social Security (Doc. No. 1) filed July 7, 2004. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision should be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 25, 2005 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The decision of the Commissioner of Social Security is **AFFIRMED**.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_15\_\_\_ day of June, 2005.

 

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party